UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUBARAK ALI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:09-cv-0170 |
| SUGARLAND PETROEUM, INC. ET AL., | § § § § | |
| Defendants. | § | |

## AGREED ORDER EXTENDING THE DEADLINE FOR DEPOSITION

On this date came on for consideration Defendant Mohammed Azam Zakaria's Motion to Extend the Deadline for Deposition (Doc. No. 58). The Court, having considered the motion, and noting that the relief requested in the motion is unopposed, concludes that the motion in all things should be granted. Accordingly, it is hereby **ORDERED** that the parties shall confer on an appropriate date during the week of December 28, 2009, to conduct Defendant Mohammed Azam Zakaria's deposition, and Zakaria shall appear for deposition at that time.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 22nd day of December, 2009.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE